UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SYLING,<br><br>      Plaintiff,<br><br>v.<br><br>DUNNE et al,<br><br>      Defendant. | Case Number: CV10-00068 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Patricia Syling 49173-018
Federal Correctional Institution
5701 8th Street
Camp Parks
Dublin, CA 94568

Dated: February 19, 2010

                                       Richard W. Wieking, Clerk

                                       By: Barbara Espinoza, Deputy Clerk